UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:22-cv-00353 |
| ABELARDO SAENZ and ALEXIS SAENZ, | § § § § | |
| Defendants. | | |

## ORDER

The Court now considers the parties' stipulation of dismissal.[1] Therein, the parties jointly stipulate that "all claims, demands, debts, or causes of action asserted or assertable herein" against Defendants be dismissed.[2] Because the stipulation is signed by all parties[3] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they have effectively dismissed this case and no further action by this Court is necessary.[4]

All of Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated, and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 21st day of February 2023.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 14.
[2] *Id.*
[3] *Id.*
[4] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).